952

No. 1528.  B & L SALES ASSOCIATES v. H. DAROFF & SONS, INC.  C. A. 2d Cir.  Certiorari denied.

No. 1541.  AJAMIAN v. TOWNSHIP OF NORTH BERGEN ET AL.  Sup. Ct. N. J.  Certiorari denied.

No. 1195, Misc.  LEWIS v. KROPP, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 1577, Misc.  NELSON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 1612, Misc.  VAN VOLTENBURG v. BREWER, WARDEN.  Sup. Ct. Iowa.  Certiorari denied.

No. 1678, Misc.  ABBATIELLO v. FOLLETTE, WARDEN. C. A. 2d Cir.  Certiorari denied.

No. 1848, Misc.  ECKELS v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON.  C. A. 9th Cir. Certiorari denied.

No. 1903, Misc.  BAUGHMAN v. BAKER, WARDEN. C. A. 10th Cir.  Certiorari denied.

No. 1904, Misc.  JACKSON v. CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 1906, Misc.  HOCKING v. CALIFORNIA ADULT AUTHORITY ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 1907, Misc.  JOHNSON v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 1916, Misc.  WILLIAMS v. COX, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 1938, Misc.  LONG v. PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.